*Willard R. Pratt* and *James M. O'Hara* for appellants.

*Gilbert R. Hughes* for respondent.

Order affirmed, without costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, THACHER, DYE and FULD, JJ.

JOSEPH ERNST, Appellant and Respondent, *v.* ALBERT SCHAACK et al., Respondents and Appellants.

Argued May 28, 1947; decided July 2, 1947.

*M. Benjamin Baron* for plaintiff, appellant and respondent.

*John F. Middlemiss* for defendants, respondents and appellants.

Judgment affirmed, without costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, THACHER, DYE and FULD, JJ.